UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Ochiabutor Sorenson Oruche

                Defendant(s).

------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

20 -CR- 657 (MKV) (__)

Defendant __Ochiabutor Sorenson Oruche__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

*Sorenson Oruche*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Ochiabutor Sorenson Oruche
Print Defendant's Name

*Jerry Di Chiara*
Defense Counsel's Signature

Gerald Di Chiara
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

2/23/21
Date

*Mary Kay Vyskocil*
U.S. District Judge/U.S. Magistrate Judge