UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2021

UNITED STATES OF AMERICA,

- v. -

OCHIABUTOR SORENSON ORUCHE,
a/k/a "Sorenson Ochiabutor Oruche,"

Defendant.

20-cr-657 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

On April 6, 2021, the Court convened a change-of-plea hearing. After a delay of approximately a half hour due to Defendant's difficulties in accessing the remote proceeding, counsel for all parties and Defendant appeared by video. Shortly after the hearing began, Defendant lost his connection with the remote proceeding. With consent of counsel for both parties, the Court adjourned the hearing shortly after it commenced due to technological issues on Defendant's part. The Government requested that time under the Speedy Trial Act be excluded until April 30, 2021. Counsel for Defendant consented to the exclusion.

IT IS HEREBY ORDERED that the parties shall confer and on or before April 12, 2021, contact Chambers with proposed dates and times to reschedule the change-of-plea hearing.

IT IS FURTHER ORDERED that all time under the Speedy Trial Act be excluded from April 6, 2021, to April 30, 2021. Given the circumstances reflected in the transcript of the April 6 hearing, the Defendant's interest in resolving the charges against him consensually, and to allow Defendant to seek an adjourned date for the change-of-plea hearing and to prepare accordingly,

the Court finds that the ends of justice served by excluding all time from April 6, 2021, to April 30, 2021, outweigh the interest of the public and Defendant in a speedy trial.

**SO ORDERED.**

Date:  **April 6, 2021**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**