USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

OCHIABUTOR SORENSON ORUCHE,
a/k/a "Sorenson Ochiabutor Oruche,"

Defendant.

20-cr-657 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the change-of-plea hearing is rescheduled for April 15, 2021, at 1:30 PM.  The hearing will be conducted remotely by videoconferencing on Microsoft Teams.  Counsel will receive an access link by e-mail.  The Court will post dial-in information for members of the public before the hearing.

**SO ORDERED.**

Date: **April 8, 2021**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**