USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>-against-<br><br>OCHIABUTOR SORENSON ORUCHE,<br><br>                    Defendant. | 20-cr-657-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court held a change-of-plea hearing by videoconference on April 15, 2021. Counsel for all parties were in attendance.

Prior to the hearing, the Court received from Defendant a written Waiver of Right To Be Present at Criminal Proceeding and a Waiver of Indictment, each of which the Court accepted. At the outset of the hearing, Defendant confirmed his waiver of right to be physically present and consent to proceed by videoconference. Defendant then entered a plea of guilty to the lesser-included offense charged in Count One of the Information—participating in a conspiracy to distribute and possess with intent to distribute 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21 United States Code, Sections 846 and 841(b)(1)(B). The Court accepted Defendant's guilty plea.

In accordance with matters discussed on the record at the hearing, IT IS HEREBY ORDERED that:

- Sentencing in this matter is scheduled for **August 24, 2021, at 11:00 AM**.

- The Government shall provide a statement of facts to the Probation Office on or before **April 30, 2021**.

- Defense counsel shall contact the Probation Office and ensure that an interview is scheduled on or before **April 30, 2021**. Defense counsel shall be present with Defendant

for all interviews with Probation in connection with the preparation of the pre-sentence report.

- The parties are directed to give timely comments or objections to the Probation Office. Courtesy copies must be provided for Chambers via e-mail.

- Defendant's sentencing submissions shall be filed on or before **August 10, 2021**.

- The Government's sentencing submissions shall be filed on or before **August 17, 2021**.

**SO ORDERED.**

Date: **April 15, 2021**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge