

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2021

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The Court GRANTS the parties' request to conduct the upcoming sentencing of Defendant, scheduled for August 24, 2021, remotely by videoconference only. The Court will not proceed if Defendant is unable to appear by video. SO ORDERED.
>
> Date: 8/17/2021     *Mary Kay Vyskocil*
> New York, New York     Mary Kay Vyskocil
>                        United States District Judge

Re:   *United States v. Ochiabutor Sorenson Oruche*, 20 Cr. 657 (MKV)

Dear Judge Vyskocil:

      The Government writes on behalf of both parties to respectfully request that the Court conduct the upcoming August 21, 2021 sentencing of defendant Ochiabutor Sorenson Oruche by remote videoconference. As the Court is aware, the defendant resides in Houston, Texas and currently lacks valid photo identification that would permit him to travel to New York to appear for sentencing in person. The defendant is aware of his right to proceed in person and consents to being sentenced by videoconference. The parties respectfully submit that, under the CARES Act, the sentencing cannot be further delayed without harm to the interests of justice, because: (1) this case has already been pending for more than a year; (2) the Court has indicated its intention to remand the defendant immediately upon sentencing, which would be frustrated by any further delay; (3) an in-person proceeding will not be reasonably feasible for some time, given the current spike in COVID-19 cases across the country and the defendant's present inability to travel; and (4) the parties' and the public's interest in finality, certainty, and the speedy disposition of criminal cases all require that the sentencing proceeding occur without further delay. Pursuant to the Court's directive, the Government will make the necessary arrangements for the defendant to appear by videoconference from the federal courthouse in Houston.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

by: _____
      Jacob R. Fiddelman
      Kedar S. Bhatia
      Assistant United States Attorneys
      (212) 637-1024 / 2465

cc:   Gerald Di Chiara, Esq. (by ECF)