```
                                                USDC SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC #:_____
                                                DATE FILED:  8/18/21
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                       1:20-cr-00657-1 (MKV)

        -against-                            **ORDER**

Ochiabutor Sorenson Oruche,

        Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

    Sentencing for Ochiabutor Sorenson Oruche is scheduled for 8/24/2021 at 11:00 AM before Judge Mary Kay Vyskocil.
    The proceeding will be held by video conference. Links have been sent to the participants.  All interested parties may join by dialing 917 933-2166 using conference ID 108 915 881.

**SO ORDERED.**

**Date: August 18, 2021**

*[Signature: Mary Kay Vyskocil]*
MARY KAY VYSKOCIL
United States District Judge