```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

Ochiabutor Sorenson Oruche,

        Defendant(s).
-----------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

20-CR-657 (MKV)(__)(__)

Defendant ___Ochiabutor Sorenson Oruche___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

✓ ~~Misdemeanor Plea/Trial/~~Sentence

x_Sorenson Oruche_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Ochiabutor Sorenson Oruche
Print Defendant's Name

_Jerry Di Chiara_____
Defense Counsel's Signature

Gerald Di Chiara
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_8/24/21_____
Date

_Mary Kay Vyskocil_____
U.S. District Judge/U.S. Magistrate Judge