```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCHIABUTOR SORENSON ORUCHE,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

1:20-CR-00657 (MKV)

1:22-CV-06725 (MKV)

AMENDED ORDER TO ANSWER, 28 U.S.C. § 2255

MARY KAY VYSKOCIL, United States District Judge:

In light of the request for an extension of time at ECF No. 57, Movant is GRANTED an extension to file supplemental facts and legal authority until November 15, 2022.

It is FURTHER ORDERED that within sixty days of the date of that submission, the U.S. Attorney's Office shall file an answer or other pleading in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

This schedule supersedes the schedule previously outlined at ECF No. 58.

**SO ORDERED.**

Dated:    September 15, 2022
            New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge