```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

OCHIABUTOR SORENSON ORUCHE,
a/k/a "Sorenson Ochiabutor Oruche,"

Defendant.

---

20-cr-657 (MKV)

SCHEDULING ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

The Court is in receipt of the Defendant's motion for compassionate release. [ECF No. 62.] IT IS HEREBY ORDERED that the Government respond to this motion on or before December 5, 2022. The Defendant's reply brief, if any, is due on or before December 16, 2022.

**SO ORDERED.**

*Mary Kay Vyskocil*

**Date: November 14, 2022**    **MARY KAY VYSKOCIL**
**New York, NY**                **United States District Judge**